

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
ROCHESTER REGIONAL OFFICE

July 25, 2023

Willie Murray
4803 N. Milwaukee Ave.
Ste. B, Unit #108
Chicago, IL 60630
PRO SE

Re:   Willie Murray 18-A-4402 v Noeth, et al.,
      19-CV-6342

Dear Mr. Murray:

    Enclosed please find a copy of Defendants' Declaration in Response to Plaintiff's Motion for an Extension of Time in the above-referenced matter, which was filed electronically with the U.S. District Court for the Western District of New York today.

Very truly yours,

*s/Hillel Deutsch*
Hillel Deutsch
Assistant Attorney General

HD:kj
Enclosure

cc:   Clerk (via CM/ECF)